UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| SUMMIT RESOURCE GROUP, INC., | ) |
| Plaintiff, | ) ) ) |
| vs. | ) )   Case No. 4:08CV1831 HEA ) |
| JLM CHEMICALS, INC., | ) ) |
| Defendant. | ) |

## JUDGMENT

In accordance with the Opinion, Memorandum and Order entered this same date,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that Summary Judgment is entered in favor of Plaintiff and against Defendant on Count II of Plaintiff's Complaint, in the amount of: $154,522.

Dated this 14th day of September, 2009.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE